JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL CERVANTES,<br><br>             Plaintiffs,<br><br>     vs.<br><br><br>SETERUS, INC; FEDERAL NATL MTG ASSN; MORTGAGE LAW FIRM PLC and Does 1 through 50 inclusive,<br><br>             Defendants. | Case No.:  EDCV14-1968 AG (DTBx)<br><br>*Assigned to Honorable Andrew J. Guilford*<br><br>**JUDGMENT OF DISMISSAL**<br><br>**Hearing**<br>Date:     November 10, 2014<br>Time:     10:00 am<br>Ctrm.:   10D<br><br>*Complaint filed:   July 1, 2014* |

1

1   The Court having granted the Motion to Dismiss of Defendants SETERUS, INC.,

2   and FEDERAL NATIONAL MORTGAGE ASSOCIATION (collectively "Defendants"),

3   in the above entitled action without leave to amend as to all causes of action and good

4   cause appearing therefor,

5   **IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

6   Judgment is hereby entered in favor of Defendants and against Plaintiff Carl Cervantes.

7   **IT IS SO ORDERED.**

8

9   Date:  November 13, 2014   _____

10   Judge of the United States District Court
**Andrew J Guilford**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] JUDGMENT OF DISMISSAL